ALBANY,
August, 1808.

Goodenow
v.
Travis.

*Gold,* for the plaintiff in error.

*Henry,* contra.

Goodenow *against* Travis.

ON *certiorari.* The plaintiff below declared against the defendant, who was a tavern keeper, for refusing to entertain him. The defendant pleaded not guilty, and set off a trespass by the plaintiff in breaking a door, &c. and that he was a person of bad reputation. A verdict was found for the defendant for six cents damages and six cents costs.

*S. Ross,* for the plaintiff in error.

*Nicoll,* contra.

*Per Curiam.* The plea was not guilty, and the set-off of the trespass or violence done by the plaintiff in the costs. It was held, that the matter alleged by way of set-off was a justification under the general issue : and the verdict as a general defendant, rejecting the six cents damages and costs.

In a suit before a justice, against a tavern keeper, for not entertaining the plaintiff, the defendant pleaded not guilty, and set off a trespass by the plaintiff, in his house, &c. and the jury found a verdict for the defendant for six cents damages and six cents to be taken as a verdict for the

house, and his bad character, was meant only as a reason or justification for not entertaining him, and was intended to support the plea of not guilty. The verdict for six cents damages and six cents costs, was intended, and is to be considered, merely as a verdict for the defendant, generally.

> Judgment affirmed.